PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Phillip Dwayne Fuller            Cr.: 04-00810-001& 05-CR-00012
                                                                                                  PACTS #: 9483

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                                 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/08/2005

Original Offense: 18:2113A.F; BANK ROBBERY BY FORCE OR VIOLENCE

Original Sentence: 137 months imprisonment, 36 months supervised release

Special Conditions: $1,400 Special Assessment, Restitution in the amount of $77,566.00

Type of Supervision: Supervised Release           Date Supervision Commenced: December 27, 2013

## NONCOMPLIANCE SUMMARY

U.S. Probation Officer Action:

On April 8, 2005, Mr. Fuller was sentenced to a 137 month term of incarceration followed by three years of supervised release. He was ordered to pay $1,400 in special assessment fees and $77,566 towards his restitution obligation.

Mr. Fuller currently resides in Willow Street, Pennsylvania. During his term of supervision, he has been employed and has had no issues of noncompliance. To date, he has paid off his special assessment in full and continues to make payments towards his restitution which has a balance of $64,596.08. The U.S. Probation Office in the Eastern District of Pennsylvania has reviewed his financial status and believes Mr. Fuller has been making good faith payments towards restitution. Mr. Fuller has agreed to continue making restitution payments beyond his expiration date. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

Recommendation:

It is respectfully requested that Your Honor take no further action and allow Mr. Fuller's term of supervision to expire as scheduled on December 26, 2016.

                                                                                            Respectfully submitted,

                                                                               *Edwin Vazquez*

                                                                     By: Edwin Vazquez
                                                                     Supervisory U.S. Probation Officer

                                                                   Date: 10/13/2016

Prob 12A – page 2
Phillip Dwayne Fuller

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10-15-2016
_____
Date